UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 06 CR 5 |
| MICHAEL NELSON, also known as, ) | Judge David H. Coar |
| ANTHONY ZAMORA ) | |

## **PROTECTIVE ORDER**

Upon the government's motion for the entry of a protective order pursuant to Federal Rule of Criminal Procedure 16(d), and the Court finding that a protective order is appropriate in this case, it is hereby ORDERED as follows:

1. All materials produced by the United States containing personal identifying information of any individual, including, but not limited to: (a) Social Security numbers; (b) dates of birth; (c) addresses; (d) telephone numbers; (e) driver's license numbers; (f) state identification numbers; and (g) financial information such as bank or credit account numbers (collectively, the "materials"), may be utilized by the defendant, defendant's counsel, and employees and agents of defendant's counsel solely in connection with the defense of this case and for no other purpose.

2. Defendant's counsel and defendant shall not disclose the materials directly or indirectly to any other person except persons assisting in the defense or such other persons to whom the Court may authorize disclosure (collectively "authorized persons").

3. The materials produced by the United States shall not be copied or reproduced by defense counsel or defendant unless they are copied for use by authorized persons to assist in the defense, and in that event, such copies and reproductions must be treated in the same manner as the original matter.

4. When providing the materials to an authorized person, defendant's counsel and/or defendant must inform the authorized person to whom the materials are provided that the materials are provided pursuant to the terms of this Order and that the aurthorized person must comply with the terms of this Order.

5. Upon conclusion of the trial of this case and any direct appeals of this case or upon the earlier resolution of the charges against defendant, all of the materials and all copies made thereof must be destroyed or maintained under secure conditions by defense counsel, unless there is a specific request by the government for the return of particular materials.

ENTER:

_____
DAVID H. COAR
United States District Judge

Dated: MAR 18 2009